## JONATHAN EASTMAN *versus* HENRY B. BREVOORT

JOURNAL ENTRIES (1819–21): *Journal 2:* (1) Transcript filed *p. 641; (2) appearance, motion to summon jury granted *p. 668; (3) affidavit filed, continued *p. 689. *Journal 3:* (4) Jury trial, verdict *p. 61; (5) judgment *p. 154.

PAPERS IN FILE: (1) Transcript of county court record; (2) precipe for subpoena; (3) subpoena; (4) affidavit for continuance; (5) precipe for subpoena; (6) subpoena; (7) affidavit for continuance; (8) verdict; (9) bill of costs; (10) precipe for execution fi. fa.; (11) writ of fi. fa. and return; (12) precipe for ca. sa.; (13) promissory note.

*Office Docket*, MS p. 82, c. 20. Recorded in *Book A,* MS pp. 6–14.

*Note:* The return to the writ of fi. fa. includes a copy of a writ of injunction forbidding its execution. The copy of the writ of injunction is printed herein. (Selected Papers, *infra*, case *603*) The county court file (case *365*) contains: (1) precipe; (2) capias and return; (3) declaration and plea; (4) verdict; (5) appeal bond.